AO91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

*Magistrate Court*
*District of Texas*
*FILED*
*SEP 1 6 2005*
*M. Milby, Clerk*
*Laredo Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Armando Davalos Gomez<br>Mochiacan, Michoacan<br>Mexico<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number: **L-05- MJ 2477** |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 14, 2005** (Date) in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas**, **Armando Davalos Gomez** defendant(s), a **Mexico** alien, who has previously been **removed** or has departed the United States while an order of **removal** is outstanding was thereafter found in the United States **near** **Laredo, Texas** the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter) for reapplication by the said Defendant for admission into the United States.

in violation of Title **8 and 6** United States Code, Section(s) **1326 Felony and 202, 557**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

Furthermore, **Armando Davalos Gomez** was apprehended near **Laredo, Texas** After a brief interview it was determined that, **Armando Davalos Gomez** was an illegal alien from **Mexico** and consequently placed under arrest. Further investigation revealed that **Armando Davalos Gomez** is a citizen of **Mexico** and was previously **removed** from the United States on **February 18, 2005** at **Del Rio, Texas** There is no record that **Armando Davalos Gomez** has applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*[Signature]*
Signature of Complainant

**Eric High**
Printed Name of Complainant

Sworn to before me and signed in my presence,

| | |
|---|---|
| **September 16, 2005**<br>Date | at | **Laredo, Texas**<br>City and State |

| | |
|---|---|
| **Adriana Arce Flores**<br>U.S. Magistrate Judge<br>Name and Title of Judicial Officer | *[Signature]*<br>Signature of Judicial Officer |